**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-CV-07194 |
| | ) | |
| v. | ) | Honorable John F. Kness |
| | ) | |
| CHICAGO TRANSIT AUTHORITY, | ) | Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT CHICAGO TRANSIT AUTHORITY'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT</u>**

Defendant Chicago Transit Authority ("CTA"), by its undersigned attorneys, moves this Court to dismiss Plaintiff's Complaint ("Complaint") in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of its motion, CTA incorporates herein its Memorandum of Law and states as follows:

1. Plaintiff Steven Garcia ("Plaintiff") filed a *pro se* Complaint against CTA on November 25, 2020. *See* Docket Entry ("D.E.") 1. Plaintiff is a current employee of CTA. *Id.* at ¶ 5. CTA is a municipal corporation organized and existing pursuant to relevant laws of the State of Illinois. *See* Metropolitan Transit Authority Act, 70 ILCS 3605, *et seq.*

2. In his Complaint, Plaintiff alleges that CTA discriminated against him based on his national origin (Count I) and his race (Count II) in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and 42 U.S.C. § 1981 ("Section 1981"). *Id.* at ¶ 9. Plaintiff also alleges discrimination based on race, color or national origin in violation of 42 U.S.C. § 1983 ("Section 1983") (Count III). D.E. 1 at ¶ 10.

3. CTA now moves to dismiss Plaintiff's Complaint in its entirety. Even liberally construing his allegations, Plaintiff fails to adhere to federal pleading standards pursuant to

Federal Rule of Civil Procedure 12(b)(6). Plaintiff fails to put CTA on proper notice of his claims and fails to plead the essential elements of his claims. Secondly, Plaintiff fails to state a claim for municipal liability.

4. CTA also moves to strike Plaintiff's request for punitive damages because such damages cannot be recovered from a municipal corporation such as CTA as a matter of law.

WHEREFORE, for each of these reasons, and as set forth more fully in its Memorandum of Law, CTA requests that the Court grant its Motion to Dismiss Plaintiff's Complaint in its entirety and grant any other relief that the Court deems just and proper.

DATED: January 21, 2021               Respectfully submitted,

**CHICAGO TRANSIT AUTHORITY**

By: /s/ *Christine Dadourian*
One of Its Attorneys

Kevin Gallardo
Michael Knight
Christine Dadourian
Chicago Transit Authority
Labor & Employment, Law Department
567 W. Lake Street, Chicago, IL 60661
T: (312) 681-3122; F: (312) 681-2995
cdadourian@transitchicago.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney, certifies that on January 21, 2021, a true and correct copy of the foregoing **DEFENDANT CHICAGO TRANSIT AUTHORITY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was filed with the Court by electronic filing protocols, which constitutes service on all registered participants of the CM/ECF system.

<u>/s/ Christine Dadourian</u>
One of Defendant's Attorneys
Chicago Transit Authority
567 W. Lake Street, Chicago, IL 60661
T: (312) 681-3122; F: (312) 681-2995
cdadourian@transitchicago.com